1 

 Christopher Stansberry and Cheryl Stansberry, Petitioners v. Blyth Elkerton, Respondent 
No. 25SC405
Supreme Court of Colorado, En Banc
September 29, 2025
 Court of Appeals Case No. 24CA864 
 
 Petition for Writ of Certiorari DENIED. 
 JUSTICE SAMOUR would GRANT as to the following issues: 
 Whether the proper appellate standard of review is de novo, clear error, or a different standard when a district court holds a hearing, rejects on credibility grounds the relevant testimony presented, and decides the case on undisputed documentary evidence. 
 Whether the addition of indemnity and hold harmless provisions to a settlement offer constitutes a new offer that, by operation of law, renders the original offer incapable of acceptance and thus not an enforceable agreement.